# Court of Appeals
# of the State of Georgia

ATLANTA,  November 25, 2024

*The Court of Appeals hereby passes the following order:*

**A25D0134. JOSHUA HUTCHISON v. THE STATE.**

On July 5, 2024, the trial court entered an order denying Joshua Hutchison's motion to quash the indictment. On October 27, 2024, Hutchison filed this pro se application for discretionary appeal, seeking to appeal that order. We, however, lack jurisdiction.

To be timely, an application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). "The requirements of OCGA § 5-6-35 are jurisdictional and this [C]ourt cannot accept an appeal not made in compliance therewith." *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). The instant application was filed 114 days after the entry of the order Hutchison seeks to appeal and is untimely. See *Crosson v. Conway*, 291 Ga. 220, 220 (1) (728 SE2d 617) (2012). Accordingly, Hutchison's application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  11/25/2024

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*